1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  W. DOUGLAS SPRAGUE (CASBN 202121)
   Assistant United States Attorney
5
6     1301 Clay Street, Suite 340-S
      Oakland, CA 94612
7     Telephone: (510) 637-3771
      Fax: (510) 637-3724
8     E-mail: doug.sprague@usdoj.gov

9  Attorneys for Plaintiff



FILED
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,           )   No. CR08-0279 CW
                                    )
         Plaintiff,                 )
                                    )   SEALING APPLICATION AND
vs.                                 )   SEALING ORDER
                                    )
ELLIS McFEE,                        )
                                    )
         Defendants.                )
_____)

   The United States requests that the Indictment, Penalty Sheet and Arrest Warrant in the above-captioned case filed with the Court on April 30, 2008, be filed under seal until further order of the Court, with the exception that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the United States Marshal's Office. The sealing application is requested to facilitate the arrest of the defendant, who is a fugitive.

////

////

SEALING APPLICATION AND ORDER

Document No.
District
Criminal Case Processing

1  WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: April 30, 2008

Respectfully submitted,

JOSEPH P. RUSSONEILLO
United States Attorney

W. DOUGLAS SPRAGUE
Assistant United States Attorney

### ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on April 30, 2008, shall be filed under seal until further order of the court with the exception that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the United States Marshal's Office.

IT IS SO ORDERED.

DATED: 4/30/08

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER       -2-