UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 6/11/08**

**Plaintiff:**  United States

**v.**                                                  **No.**  CR-08-00279 CW

**Defendant:**  Ellis McFee (present - in custody)


**Appearances for Plaintiff:**
Douglas Sprague

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:  Trial Setting (initial app.)**

**Notes:**     This was the defendant's first appearance before District Judge.  Defense has received draft of plea agreement, but there are things defense needs to look into.  **Case continued to 6/25/08 at 2:00 p.m. for change of plea or trial setting.**  Defense has no motions to file.  Time excluded for effective preparation and further investigation.

Copies to: Chambers