UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JUN 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 6/25/08

**Plaintiff:** United States

**v.**                                                            **No.** CR-08-00279 CW

**Defendant:** Ellis McFee (present - in custody)

**Appearances for Plaintiff:**
Doug Sprague

**Appearances for Defendant:**
Joyce Leavitt

**Hearing:  Change of Plea and Sentencing**

**Notes:**   Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to the single count Indictment charging escape from a halfway house in violation of 18 USC 751(a).  Plea Agreement filed.  Court finds factual basis for plea; Court accept Plea Agreement.  Defendant waives his right to a PSR and requests immediate sentencing.  Court follows Plea Agreement.  Court finds Offense Level 7, Criminal History VI, leading to a Guideline Range of 15-21 months.  Based on binding Plea Agreement, Court sentences the defendant to 15 months custody of AG to run consecutive to any undischarged term of imprisonment previously imposed in CR-04-40034 MJJ, to be followed by 3 years supervised release under the usual terms and conditions and the special condition the defendant submit to search, with or without cause; submit to drug and alcohol treatment and testing as directed by P/O; no firearms; cooperate with DNA collection.  Conditions of supervised release previously imposed in CR-04-40034 also apply.  No fine imposed due to lack of ability to pay a fine.  Defendant to pay $100 special assessment due immediately; if the defendant is unable to pay the special assessment immediately, it shall be paid through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of $25 per quarter. Any balance that remains unpaid at the commencement of the term of supervised release shall be paid at the rate of $25 per quarter as directed by the U.S. Probation Officer.  Court will recommend participation in BOP 500 hour drug abuse program and placement as close to Baltimore, MD, if possible.  Any remaining counts are dismissed.  Defendant remanded to custody of U.S. Marshal.  See J&C for details.

Copies to: Chambers