IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIS MCFEE,<br><br>        Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent.<br>_____/ | NO.  C 09-1670 CW<br>      CR 08-0279 CW<br><br>ORDER TO SHOW CAUSE |

    Movant, a federal prisoner currently incarcerated at the Federal Correctional Institution in Victorville, California, filed this motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Good cause appearing, the Court hereby issues the following orders:

  1.    The Clerk of the Court shall serve a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

  2.    Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

  3.    If Movant wishes to respond to the answer, he shall do so by

1  filing a traverse with the Court and serving it upon Respondent
2  within thirty (30) days of his receipt of the answer.
3           IT IS SO ORDERED.
4  Dated:7/2/09_



5  _____
6           CLAUDIA WILKEN
            UNITED STATES DISTRICT JUDGE
7
8  Copies mailed to parties
   noted on attached sheet
9

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ELLIS MCFEE,

    Plaintiff,

v.

USA et al,

    Defendant.

Case Number: CV09-01670 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ellis McFee 97534-011
Federal Correctional Institution Victorville
P.O. Box 5300
Adelanto, CA 92301

U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Attorney General
U.S. Department of Justice
Washington, D.C. 20530

Dated: July 2, 2009

          Richard W. Wieking, Clerk
          By: Sheilah Cahill, Deputy Clerk